# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131352

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KELVIN RENARD WARREN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131352
COA: 258487
Wayne CC: 03-008632

_____/

      On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

p1023